ALBERT W. SNYDER, Respondent, v. EMERY H. GOIT, Appellant.— Judgment and order affirmed, with costs. All concur.

MARGARET DAIGNAN, Respondent, v. AMERICAN BREWING COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the questions raised by the defendant's counterclaim should have been submitted to the jury. The question of the defendant's counterclaim not being a proper counterclaim, was not raised at the Trial Term. All concur.

AUGUSTA PAGE, Appellant, v. HOLLISTER REAL ESTATE AND BUILDING COMPANY, Respondent.— Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs of this appeal and in the County Court to the appellant. Held, that a question of fact was made out which the Municipal Court decided upon sufficient evidence. All concur.

SOLOMON WEINBERG, Respondent, v. MAX WEISBERG, Appellant.— Judgment modified by reducing the amount of the recovery to the sum of $126.48, being the amount of the repairs and new parts exclusive of the axle, and as so modified the judgment is affirmed, without costs of this appeal, and without costs at Special Term, to either party. Held, the trial court apparently allowed for new axle, which does not seem to be covered by written warranty. All concur.

MIHALY LEROTIC, Respondent, v. JOHN TOMLENOVIC and Another, Appellants.— Interlocutory judgment affirmed, with costs. All concur.

CURTIS G. HYDE, Appellant, v. INNOCENCE HEIM, Respondent.— Judgment affirmed, with costs. All concur.

JAMES HOSEY and Another, Appellants, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

EMMA DOHERTY, Appellant, v. ERIE AND NIAGARA COUNTY FARMERS' INSURANCE ASSOCIATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

LOUISE B. SMITH, as Executrix, etc., of JAMES LYNN, Deceased, Respondent, v. DEWITT P. BLOOD, Appellant.— Judgment and order affirmed, with costs. All concur.

JAMES BATTISTONI and Others, Appellants, v. WALKER D. HINES, as Director-General of Railroads, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

GRACE M. HOLDRIDGE, Respondent, v. FRED FEAR & COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

JAMES IMPALLORIA, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.